IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CAROLYN TAYLOR,

    **Plaintiff,**

 -vs-

HOME DEPOT USA, INC.,

    **Defendant.**                       NO. 11-CV-252-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on August 19, 2011, this case is **DISMISSED** with prejudice.

                                              NANCY J. ROSENSTENGEL,
                                              CLERK OF COURT


                                    **BY:**      */s/Sandy Pannier*
                                                          **Deputy Clerk**

Dated: October 27, 2011

Digitally signed by David R. Herndon
Date: 2011.10.27 16:12:55 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT